**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JONAS RAY QUALLS, JR., | ) | No. CV 10-536-JFW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, for lack of jurisdiction.

DATE April 8, 2010

_____
JOHN F. WALTER
United States District Judge